

# ALIAS CAPIAS

THE STATE OF TEXAS

TO ANY PEACE OFFICER OF THE STATE OF TEXAS:

On September 6, 2013, in the Court of Appeals for the Fourteenth District of Texas, in Cause No. 14-13-00327-CV, styled *In Re Joanne Wilkie (Brockstein) Mancha*, the court issued a judgment denying the relief relator, Joanne Wilkie (Brochstein) Mancha, requested in her petition for writ of habeas corpus, ordering that an alias capias be issued for the arrest of relator, Joanne Wilkie (Brochstein) Mancha, and remanding relator, Joanne Wilkie (Brochstein) Mancha, back into the custody of the Sheriff of Harris County, Texas. The judgment follows:

## JUDGMENT

The court heard this cause after granting and issuing a writ of habeas corpus on April 18, 2013. This court finds that relator, Joanne Wilkie (Brochstein) Mancha, has failed to show that the judgment of contempt entered March 5, 2013, and the commitment order entered March 5, 2013, in the 312th District Court, Harris County, Texas, in Cause No. 2008-45190, is void. We therefore deny the relief relator requested in her petition for writ of habeas corpus. We further order the clerk of this court to

issue an alias capias for the arrest of relator, Joanne Wilkie (Brockstein) Mancha, and order that she be remanded to the custody of the Sheriff of Harris County, Texas, to be confined as ordered by the 312th District Court, Harris County, Texas, in Cause No. 2008-45190 pursuant to a commitment order dated March 5, 2013, by Judge David Farr.

YOU ARE COMMANDED TO take relator, Joanne Wilkie (Brochstein) Mancha, with a last known address of 5534 Fredricksburg Rd, #95, San Antonio, Texas, 78229, into your custody and deliver her to the Sheriff of Harris County, Texas, who shall remand the relator into custody, in accordance with the Judgment of this court.

COMPLETE the attached return and deliver it to this court showing you have executed it.

WITNESS, the Honorable Jeffrey V. Brown, Acting Chief Justice of the Fourteenth Court of Appeals, with the court's seal annexed, at Houston, September 6, 2013, A.D.

CHRISTOPHER A. PRINE, CLERK

2

**NO. 14-13-00327-CV**

**R E T U R N**

    The above writ was received at _____ o'clock [a.m./p.m.], the _____ day of _____, 2013, and was executed by arresting the said Joanne Wilkie (Brochstein) Mancha, at \_\_\_\_\_ o'clock [a.m./p.m.] the \_\_\_\_ day of _____, 2013, and placing her in the Harris County Jail.


                SHERIFF, Harris County, Texas


                By _____